# Holland & Knight

787 Seventh Avenue. 31st Floor | New York, New York, 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | Isabel.knott@hklaw.com.

October 22, 2024

Honorable Ronnie Abrams
United States Disctrict Court Judge
Southern District of New York
40 Foley Square New York, New York 10007

   Re: **Flaviar, Inc., et al. v. Alamo Premium Distillery, Inc. SDNY Civil Case No.: 24-cv-05709-RA**

Dear Judge Abrams:

  On September 23, 2024, an order was entered that (i) extended, upon consent, defendant Alamo Premium Distillery, Inc.'s "Defendant") time to answer or otherwise respond to plaintiff Flaviar, Inc.'s ("Plaintiff") complaint from September 30, 2024 to October 15, 2024; (ii) directed the parties to submit a joint letter, and a proposed case management plan and scheduling order, by October 25, 2024; and, (iii) scheduled an initial status conference before Your Honor on November 1, 2024 at 1:30 p.m. (ECF Docket No. 10).

  On October 15, 2024, Defendant filed an answer, affirmative defenses and counterclaim (ECF Docket No. 12). Plaintiff's deadline to respond to the counterclaims is November 4, 2024, which is several days after the initial status conference. Additionally, the parties, by counsel, have conferred and commenced preliminary settlement discussions.

  In these circumstances, counsel for the parties respectfully request that the parties' time to submit a joint letter, and a proposed case management plan and scheduling order, be extended to November 8, 2024, and that the initial status conference be adjourned to a date of the Court's availability and convenience thereafter.

  This is the second request for an extension of time in this case and these scheduling requests do not impact any other scheduled date.

  Counsel for Defendant has reviewed and approved this joint letter.

  Please advise of any questions, and the Court's consideration and assistance is graciously appreciated.

Honorable Ronnie Abrams
October 22, 2024
Page 2

Dated:  October 22, 2024

Sincerely yours,

*/s/ Isabel D. Knott*

Isabel D. Knott
**HOLLAND & KNIGHT LLP**
787 Seventh Avenue, 31st Floor
New York, New York 10019
Phone: (212) 513-3200
Fax:    (212) 385-9010
Email:  isabel.knott@hklaw.com
        *Attorney for Plaintiff*

Application granted. The conference previously scheduled for November 1, 2024 at 1:30 p.m. is hereby adjourned to November 15, 2024 at 1:00 p.m.  The parties shall file a joint letter and proposed case management plan and scheduling order no later than November 8, 2024.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 23, 2024

#511311908_v2